*IN THE MATTER OF:*

# *Broderick Taylor*
## *vs.*
# *Branneky & Sons Mercantile Company*

*Cause No. 4:04CV1328TCM*

### *Deposition of Broderick Taylor*
### *5/24/2005*

### *Gore Perry Gateway & Lipa Reporting*
### *515 Olive Street*
### *Suite 700*
### *St. Louis, MO 63101*



PLAINTIFF'S
EXHIBIT
*1*

*Full GLOSSARY included with this DepoScript*

DepoScript

Deposition of Broderick Taylor
5/24/2005

Case: 4:04-cv-01338-TCM   Doc. #: 25-2   Filed: 10/12/05   Page: 2 of 2   Broderick Taylor vs.
Branneky & Sons Mercantile Company

Page 21

[1] there?

[2] A: I was a manager, paint salesman.

Q: Anything else?

[4] A: No. Just different things I did there,

[5] that's all.

[6] Q: All right. As a manager at Meyers True Value

[7] Hardware what were your duties and responsibilities?

[8] A: Came in, opened up the store, get the till

[9] ready to put out and get the store ready to open. And

[10] the regular day routine of running the store and

[11] ordering merchandise and whatever came along.

[12] Unloading the trucks and loading the trucks and

[13] delivering merchandise and mixing paint.

[14] Q: Okay.

[15] A: I also did windows and screens repair.

[16] Q: Okay. Did you have any responsibility for

[17] counting money or cash drawers at Meyers?

[18] A: Yes. I took the deposit to the bank.

[19] Q: When did you, when did you apply for work at

[20] Branneky's?

[21] A: I think it was 1984 when I came there.

[22] Q: I'm sorry?

[23] A: I think, I'm trying to remember, it was in

[24] '84 when I came here in June.

[25] Q: And how was it that you came to be employed

Page 22

[1] at Branneky's?

[2] A: I came up and put an application in and I was

[3] hired.

[4] Q: Did you interview with anyone or talk with

[5] anyone before they hired you?

[6] A: Yes, I did.

[7] Q: Who did you meet with?

[8] A: Lyle. Lyle Dowynes.

[9] Q: Do you know how to spell his last name?

[10] A: Oh, Lord. D-o-w-y-n-e-s, I think.

[11] Q: I'm just going to call him Lyle. What was

[12] Lyle's position if you know?

[13] A: He was part owner.

[14] Q: Did you know who the other owner or other

[15] owners were at that time?

[16] A: Jack Branneky.

[17] Q: How did you know that?

[18] A: Mr. Dowynes told me.

[19] Q: And what position or job were you hired in at

[20] at Branneky's for?

[21] A: Service counter in the beginning.

Q: And how long did you work -- strike that.

[23] in the service counter position that you were

[24] hired in at initially describe for me what were your

[25] duties and responsibilities in that position.

Page 23

[1] A: Well, we cut thread pipe and cut glass, sold

[2] merchandise from the service counter, we cut keys.

[3] That's what we did at that time but as time progressed

[4] along we did other things.

[5] Q: Okay. Tell me how that changed over time.

[6] A: Well, they started to get into the business

[7] of selling propane so I, I did propane. I filled

[8] propane for customers.

[9] Q: Okay.

[10] A: And kerosene. And as time went on we had a

[11] man -- well. Also we did the licenses, the hunting and

[12] fishing licenses.

[13] Q: Okay. All right. And how did you, how did

[14] that work, how did the hunting and fishing license

[15] work?

[16] A: Basically a gentleman would come in and hand

[17] me his license and we would write up a hunting or

[18] fishing license for him.

[19] Q: So did you have to read the information on

[20] the license and then copy it down to a form or

[21] something like that?

[22] A: Yes, I did.

[23] Q: Okay.

[24] A: But eventually as time went on they went to a

[25] computer system.

Page 24

[1] Q: So you would read the information from a

[2] license and enter it into a computer, is that correct?

[3] A: Yes.

[4] Q: Now, you said also I think that you sold

[5] plumbing fixtures at the service counter, is that

[6] right?

[7] A: Yes, sir.

[8] Q: And tell me about that. What did you have to

[9] do in that position to perform that function?

[10] A: Basically looking up the prices in the book

[11] and give them a price on fixtures and whatnot and

[12] whatever fixtures they told us that they wanted we just

[13] went back and got the fixtures for them and priced them

[14] and put them in a bag and sent them to the checkout.

[15] Q: And did that sometimes require you to

[16] identify what the fixture was when it was handed to you

[17] or given to you by the customer?

[18] A: Yes.

[19] Q: Now, in cutting pipe, what was involved in

[20] cutting pipe?

[21] A: Basically just measuring it and putting it in

[22] the machine and cut the pipe and thread the pipe.

[23] Q: Okay. I was going to ask you. You also

[24] threaded pipe if you needed to?

[25] A: Yes.

Broderick Taylor   vs.
Branneky & Sons Mercantile Company

## Page 25

[1] Q: What types of pipe did you cut?
[2] A: Black iron pipe, galvanized pipe.
[3] Q: What type of work did you do with glass at
[4] the service counter?
[5] A: Basically when the customer came in and asked
[6] for glass we would measure windows and cut the glass to
[7] fit.
[8] Q: Okay.
[9] A: Or if they had the measurements they gave
[10] them to us and we just cut them to their measurement,
[11] wrapped them up, priced them.
[12] Q: What about window screens, did you work with
[13] window screens at the service counter?
[14] A: Yes. Just measure the screen and we would go
[15] down in the basement and measure it off, cut it off and
[16] roll it up and price it.
[17] Q: What was involved with cutting keys at the
[18] service counter?
[19] A: Basically just identifying the key blank and
[20] you pick the correct key blank and you line it up in
[21] the machine and cut your key.
[22] Q: Okay. Did you ever use something called a
[23] stem grinder at the service counter?  Do you know what
[24] I'm talking about?
[25] A: A stem grinder?

## Page 26

[1] Q: Yeah. Maybe I'm using the wrong
[2] terminology. Does that make any sense to you?
[3] A: No.
[4] Q: Did you ever use a grinder at all when you
[5] were working at the service counter?
[6] A: Yes.
[7] Q: Okay. What did you use it for?
[8] A: Sometimes when we were working on -- the
[9] people brought in their stems, fonted stems to be
[10] repaired. Sometimes that required when there was some
[11] bad metal on it or something that had to be ground
[12] down. We used that to grind.
[13] Q: So you would have to see the stem and then be
[14] able to grind off what was bad?
[15] A: Yes.
[16] Q: Okay. And what was your rate of pay when you
[17] were hired at Branneky's?
[18] A: I'm not sure.
[19] Q: Okay.
[20] A: I think it was like $6.00 or something.
[21] Q: Okay. Were there -- what was the next
[22] position you worked at Branneky's other than the
[23] service counter?
[24] A: I became the paint manager.
[25] Q: When did you become the paint manager?

## Page 27

[1] A: One of our paint managers left and went to
[2] work for Wal-Mart and I had been working with him in
[3] that department and since I had had some knowledge o
[4] paint from when I used to work with Meyers -- I don't
[5] know exactly what year, I'm sorry. Could have been
[6] maybe the second or third year after I was working
[7] there.
[8] Q: That's what I was going to ask you if you
[9] remember about how long you had worked there before
[10] became paint manager?
[11] A: I would say about, could be second, third
[12] fourth. Between the second and the fourth.
[13] Q: Okay. And who was the paint manager that
[14] left and went to Wal-Mart?
[15] A: I think his name was Mike Rebee.
[16] Q: And what were your duties and
[17] responsibilities as paint manager at Branneky's when
[18] you first entered into that position?
[19] A: Basically fill the shelves up and mix paint
[20] for customers and order merchandise. Make sure the
[21] shelves are stocked.
[22] Q: Okay. Approximately how many gallons of
[23] paint would you mix in a given week if you could
[24] estimate on average?
[25] A: I would say hundreds.

## Page 28

[1] Q: Hundreds of gallons of paint?
[2] A: Hundreds of gallons of paint. We had
[3] apartment building complexes and we had Lambert Fiel
[4] McDonnell Douglas and some of the other businesses
[5] around that we mixed a lot of paint for. Besides
[6] regular customers that would come in.
[7] Q: Who were or what were some of the apartment
[8] complexes you mixed paint for?
[9] A: I'm sorry, I don't remember.
[10] Q: Okay. What type of -- strike that.
[11] You said, you also mentioned Lambert Field.
[12] What were you doing regarding mixing paint for Lamber
[13] Field?
[14] A: They would bring paint over and want us to
[15] match it. I would look in the book and find the color
[16] that would match it and get the formula and mix it up.
[17] Q: And was that the same type of work you were
[18] doing for McDonnell Douglas, do you know?
[19] A: No, I didn't say I was working for McDonnell
[20] Douglas.
[21] Q: I understand.  Strike that.  I'll ask a
[22] better question.
[23] What did you do with respect to McDonnell
[24] Douglas while you worked at Branneky's?
[25] A: They brought some paint in and needed me to

Page 29

[1] make it up. I would make the paint up and have the
[2] order ready for them to pick up.
   Q: How many times did you mix paint for
[4] McDonnell Douglas?
[5]   A: I would say quite a bit.
[6]   Q: Okay. Can you give me an estimate of the
[7] number of times?
[8]   A: Oh, in a year's time, oh, maybe two, three
[9] times a year.
[10]   Q: What about for Lambert Field was it about the
[11] same?
[12]   A: About the same.
[13]   Q: Okay. Tell me what process you would go
[14] through when a customer, any customer, would come in
[15] with a request for you to mix paint. What type of
[16] process did you go through, what did you have to do is
[17] what I'm asking you?
[18]   A: It depends on if they're bringing me a color
[19] chip.
[20]   Q: Let's assume they're bringing you a color
[21] chip.
[22]   A: Okay. I take that color chip and I would go
[23] to the color rack and try to match that color. If I
[24] found the color that matched I would just look, take
[25] that chip out and on the back it would have a code,

Page 30

[1] look in the book, it gives me a formula, and I would
[2] mix that formula. Get the gallon of paint and mix it.
[3]   Q: Okay.
[4]   A: Shake it up for them.
[5]   Q: When you mixed paint what type of mixer did
[6] they have there at Branneky's?
[7]   A: They had a particular mixer that it just
[8] revolved around with all the different skews and
[9] basically all I had to do was unlock it, slide it to
[10] the position, lock it in place and take the measurement
[11] and move it up to where the amount that the formula
[12] required and shoot it in the gallon of paint.
[13]   Q: Okay. How would you know when you had it in
[14] the right position to lock it in?
[15]   A: Each one of the, on each of the, I guess you
[16] call the little measurements or the, I can't think of
[17] what they call them. They're little notches and you
[18] had numbers beside it.
[19]   Q: Okay.
[20]   A: And you just lock it in that place where
[21] those notches were.
   Q: And was there a number -- you said there were
[23] numbers corresponding with the notches?
[24]   A: Right, on the side.
[25]   Q: And you would read numbers from the formula

Page 31

[1] and then find them on the notches, is that correct?
[2]   A: Yes.
[3]   Q: Okay.
[4]   A: What I would do is write those numbers down
[5] on a piece of paper.
[6]   Q: Okay.
[7]   A: Or I usually kept a little note pad and wrote
[8] it down.
[9]   Q: Okay. And what was in the formulas, tell me
[10] what they were like.
[11] MR. JIMERSON: Let me object to the -- for
[12] vagueness. I don't understand the question. What was
[13] in the formulas? What in particular are you referring
[14] to?
[15]   Q: How did the paint formulas read?
[16] MR. JIMERSON: Do you understand the question?
[17]   A: Yes.
[18] MR. JIMERSON: Okay. You can answer.
[19]   A: Paint formula would read, it would tell you,
[20] depending on what the customer want, if they wanted
[21] indoor paint or outdoor paint, whether they wanted
[22] flat, a semi gloss or a gloss, it would tell you the
[23] particular base that you would use and it also would
[24] give you the increments. So it would tell you like if
[25] AX, which would be yellow oxide, you would go AX and it

Page 32

[1] would give you the formula AX 42 or AX 3 or whatever it
[2] would be. So you would turn the machine around to AX
[3] then you would lock the, move the measurement up and
[4] lock it into place for whatever number it would be,
[5] whether it be 3 or 23 or 48.
[6]   Q: Okay. Whatever it might be?
[7]   A: Whatever it might be.
[8]   Q: Okay.
[9]   A: And then you had a place where you release it
[10] and push the paint, the die, the pigment they call it.
[11]   Q: Did you have to put the different skews and
[12] pigments, did you have to load those into the machine
[13] yourself?
[14]   A: Yes, I would fill the machine.
[15]   Q: And was that a responsibility of yours as
[16] paint manager?
[17]   A: That was my responsibility, yes.
[18]   Q: How did you go about filling the machine?
[19]   A: I would have to take the machine before I
[20] clean it and shake up the quarts of pigment and pour
[21] them in.
[22]   Q: And you how would you identify the different
[23] skews and pigments that you're loading into the
[24] machine?
[25]   A: I'm sorry?

### Page 33

[1] **Q:** How would you identify what you were loading [2] into the machine, were there numbers or colors you were [3] looking at?

[4] **A:** The numbers, the numbers were on the can. [5] AX, B, C, D, whenever the pigment was.

[6] **Q:** All right. And where was the, where were the [7] paint supplies like that kept at Branneky's?

[8] **A:** The pigments was kept in my desk.

[9] **Q:** Were there other paints and supplies stored [10] elsewhere?

[11] **A:** In the basement.

[12] **Q:** Okay. And how did you get to the basement [13] from the paint department?

[14] **A:** Down the steps.

[15] **Q:** Okay. Would that require you to walk through [16] the service counter area?

[17] **A:** It depends. Yes, it would require me [18] sometimes to walk that way.

[19] **Q:** Was there another way you could go?

[20] **A:** Down the front steps.

[21] **Q:** After you would mix paint for a customer [22] would you then visually look at it to see if it matched [23] the chip that they brought in?

[24] **A:** Yes, I would brush it out -- a lot of times [25] what I did, because I wanted the customer to be

### Page 34

[1] satisfied, I would brush it out on something, take it [2] back to the hand drier and dry it real fast because the [3] color that's in the can is always lighter than the [4] dried.

[5] **Q:** Right.

[6] **A:** And bring it out to them and let them look at [7] it and if they approved it put the top on it and tell [8] them thank you, load it up for them, take them up to [9] the checkout.

[10] **Q:** Okay. Did you ever work as a cashier at [11] Branneky's?

[12] **A:** No. No, because they went to computers.

[13] **Q:** All right. But you never worked as a cashier [14] there?

[15] **A:** No.

[16] **Q:** Okay. Getting back to the paint again, was [17] that mixing process that you described for me, was that [18] more or less the same during the entire period of time [19] you worked for the company?

[20] **A:** More or less the same?

[21] **Q:** Strike that. That's a bad question. [22] Did they ever get a different mixing machine, [23] did what you had to do to mix paint ever change?

[24] **A:** They just changed and got a new mixer because [25] the old one was worn out. They changed over the years.

### Page 35

[1] **Q:** Was it the same type of mixer though?

[2] **A:** Basically the same just had more skews.

[3] **Q:** But you would set it the same way and it [4] mixed paint the same way?

[5] **A:** Basically set the same way.

[6] **Q:** That's what I mean when I say was the process [7] of mixing paint more or less stayed the same over the [8] entire period of time you worked there?

[9] **A:** Yes.

[10] **Q:** All right. What other responsibilities did [11] you have as the paint manager, you told me and I'm not [12] sure that I remember. You said stocking the paint [13] supplies, is that right?

[14] **A:** Stocking. I would order merchandise in and [15] stock it.

[16] **Q:** Okay.

[17] **A:** Well, paint and sundries.

[18] **Q:** And that would include, obviously, the paint [19] but might include brushes and rollers?

[20] **A:** Brushes, rollers.

[21] **Q:** What else?

[22] **A:** Paint chemicals.

[23] **Q:** All right. How long were you the paint [24] manager at Branneky's?

[25] **A:** Up until I quit. I mean not when I quit.

### Page 36

[1] Strike that. Up until I got fired.

[2] **MR. GRAHAM:** Off the record.

[3] (Discussion off the record)

[4] **Q:** So you told me, Mr. Taylor, that you were, [5] you worked in the paint manager position from about [6] somewhere between the second and fourth year you [7] started with Branneky's until the time you were [8] terminated, is that your testimony?

[9] **A:** Right.

[10] **Q:** Is that right?

[11] **A:** Yes, sir.

[12] **Q:** Now, stocking the paint and sundries, what [13] was involved in that process, what did you have to do?

[14] **A:** Basically what I would do is make a list of [15] what needed to be stocked and I would go down in the [16] basement and accumulate it and take it upstairs and [17] stock the shelves.

[18] **Q:** Okay. How did you get the paint and other [19] products upstairs?

[20] **A:** I carried them.

[21] **Q:** Okay. Did you have some totes or baskets or [22] something you would use?

[23] **A:** Yes, I did. They didn't have an elevator.

[24] **Q:** Okay. About how many hours a week did you [25] spend stocking paint supplies?

Deposition of Broderick Taylor
5/24/2005

Case 4:04-cv-01278-TCM   Doc. #: 25-2   Filed: 10/12/05   Page: 6 of 21   Broderick Taylor vs.
Branneky & Sons Mercantile Company

Page 37

[1] A: Oh, Lord.

[2] Q: An estimate is fine.

A: I'll say a lot because I sold a lot of
[4] paint.

[5] Q: Okay.

[6] A: Well, also because of me being paint manager
[7] because we had those accounts with departments and
[8] whatnot there were times that I had to get paint
[9] stocked and down in the basement for them to deliver
[10] to. So that would be besides what I did on the floor.
[11] That was almost like an endless job. Lots of hours.

[12] Q: So there was a loading out door down the
[13] basement, is that right?

[14] A: Yes.

[15] Q: Was your regular work week a 40 hour week at
[16] that time?

[17] A: Well, I was doing more than 40 hours a week
[18] but, yes.

[19] Q: That was a regular work week, correct?

[20] A: Yes.

[21] Q: Out of a 40 hour week about how many were
[22] spent stocking paint supplies?

[23] A: I would stock them in the morning and in the,
[24] and I tried to stock them before I left for the day.
[25] So to be truthfully honest with you I can't really say

Page 38

[1] exactly how many hours it took me a day. And the
[2] reason why I tell you that is because I also became a
[3] night manager and by me being knowledgeable with a lot
[4] of the merchandise in the store there were times I had
[5] to work the service counter, stop and go up front and
[6] count money out or do exchanges, stop and go to lawn
[7] and garden and help do any number of things. So it's
[8] just, just a constant stopping and doing things and
[9] going back to what you were doing and filling the
[10] shelves.

[11] Q: Okay. When did you become a night manager at
[12] Branneky's?

[13] A: I'm not totally sure but I think within the
[14] sixth or seventh year I was there.

[15] Q: Okay. Now, let me back up to paint again
[16] before we move on to your night manager duties.
[17] You've talked about mixing paint and you've
[18] talked about stocking paint. What did you do with
[19] respect to ordering paint and paint sundries?

[20] A: I would go through the basement and -- I'm
[21] sorry, I had a certain system that I had things set up.

[ ] Q: Okay. Tell me about your system and how you
[23] went about ordering.

[24] A: All right. I had the IBM's on the back of
[25] the, these what they call IBM chips that I had on the

Page 39

[1] shelf, on the front of the IBM chip I would write what
[2] the merchandise was. Let's say if it was HPX 9, which
[3] would be the white house paint flat, HPX would be the
[4] house paint, 9 would be the color, which would be
[5] white.

[6] Q: Okay.

[7] A: On the back of the IBM chip I had the IBM tag
[8] which tells you the item number, tells you the quantity
[9] to be numbered and the price tag on it. I had these on
[10] the shelf. So what I would basically do is go down
[11] through the shelves and find out what I was low on,
[12] write that item down, and then later on I would go home
[13] and write out my order. Sometimes if I had time I
[14] would be at the store and write the order. Turn the
[15] order in on Friday or Saturday.

[16] Q: When you say an IBM chip, are you talking
[17] about a chip?

[18] A: There's plastic like cards, little card, they
[19] have holes on them, they hang them on the shelf and
[20] they had IBM tags on them which identifies the
[21] merchandise. Like if I had paint brushes hanging I
[22] would have them hanging there and when I would look
[23] through the shelf if there were maybe three paint
[24] brushes left out of 12 I would get the IBM chip and
[25] write down what I need to order, put it in my note pad

Page 40

[1] and hang that back up. And then I would, after I get
[2] everything written down I would get a note pad and sit
[3] in the room back there and write all the orders out.

[4] Q: Okay.

[5] A: In the lunchroom.

[6] Q: So the IBM chip was a card that had --

[7] A: Plastic white card. It was just a plain
[8] plastic white card.

[9] Q: You just identified what the product was,
[10] what the skew numbers were and things like that?

[11] A: Yes, I would take the IBM tag, it was
[12] self-adhesive, and pull it off and stick it on the back
[13] of it. And on the front of it I would write on there,
[14] because I kept a system in order to keep up with
[15] everything.

[16] Q: Okay.

[17] MR. GRAHAM: Off the record a second.

[18]   (Discussion off the record)

[19] Q: Mr. Taylor, I'm going to hand you, I'm not
[20] going to mark this as an exhibit, but I'm going to hand
[21] you some documents that were produced by your attorney
[22] in this case to me. And the top page here is a form
[23] and it says Cotter and Company, True Value Hardware, it
[24] says ordering record up in the upper right-hand corner,
[25] it says type of order, paint sundries. There's a

Page 49

[1] Q: All right. At the time you were terminated in
[2] November of 2001 were you still working as the paint
[3] manager?
[4] A: Yes, I was.
[5] Q: And were the duties and responsibilities you
[6] had and that you described for me were they still the
[7] same?
[8] A: Yes, they were.
[9] Q: Okay. Were you still working at the service
[10] counter, in the service counter position in November of
[11] 2001?
[12] A: Yes, I was.
[13] Q: Okay. And were you still able to do all of
[14] the job duties and functions that you described for me
[15] for both the service counter and the paint department
[16] in November of 2001?
[17] A: Yes, I was.
[18] Q: What other positions did you hold at
[19] Branneky's besides -- well, you told me you became a
[20] night manager about the sixth or seventh year,
[21] correct?
[22] A: Right.
[23] Q: Now, tell me what the duties and functions
[24] were of the night manager at Branneky's.
[25] A: Basically it was to make sure that the store

Page 50

[1] is being run properly and all of the customer were
[2] being taken care of and make sure that the cashiers had
[3] the right amount of change and make sure that the
[4] salesmen were in the lawn and garden department, if
[5] they were doing what they were supposed to be doing as
[6] far as cleaning up and restocking.
[7] And also, too, we would have merchandise that
[8] came in on the truck that needed to be put up, make
[9] sure that the merchandise was being properly stocked on
[10] the shelves. Make sure the service counter was being
[11] run correctly and if, if need be, if they were swamped
[12] with customers I would go back and help them.
[13] Q: At the service counter?
[14] A: Yes. I would do returns.
[15] Q: What was involved in doing returns?
[16] A: Customer returns?
[17] Q: Yes.
[18] A: I would come up and look at the merchandise
[19] and check it out, see if it was something we could
[20] replace if it was our merchandise, if it was something
[21] that might have been defective in shipping or if it was
[22] something that the customer had damaged.
[23] Q: Okay. So you would have to look at it and
[24] know what it was and know whether it was something you
[25] had sold and what the general problem with it was, is

Page 51

[1] that fair?
[2] A: That's correct.
[3] Q: Have you now described for me all of the job
[4] duties and functions for the night manager position at
[5] Branneky's?
[6] A: I would lock up at night and take the, the,
[7] the drawers of the money out, lock them in the safe, go
[8] around and make sure all the doors are locked, all the
[9] alarms are set and then I would leave out and lock the
[10] gates at night.
[11] Q: Okay. Were you responsible for counting
[12] money drawers?
[13] A: No, not anymore because they changed that.
[14] We just put the money in the safe and they would count
[15] it the next day.
[16] Q: When you say not anymore they changed that,
[17] when did the change happen?
[18] A: Well, when they went to the new cash
[19] registers.
[20] Q: And when was that?
[21] A: It could have been, oh, in the last six or
[22] seven, eight years. I'm not totally sure exactly.
[23] Q: In November of 2001 were you still working in
[24] the night manager position?
[25] A: I was still scheduled to be a night manager

Page 52

[1] but they had put someone else in that position.
[2] Q: When you say you were still scheduled to be a
[3] night manager, what do you mean by that?
[4] A: They still had me down on the manifest for a
[5] night manager.
[6] Q: Okay. But they would not schedule you for
[7] any night manager times?
[8] A: What they would do is they would have another
[9] manager working there with me and they basically gave
[10] him the, I would just be back there working helping out
[11] with the service counter or different other things and
[12] he would take care of everything else.
[13] Q: Okay. Who would work with you in that
[14] position?
[15] A: Oh, Lord. I can't think of the name right
[16] now.
[17] Q: That's okay. Let me ask this question then.
[18] When did, when did that first start, and by that I mean
[19] when did someone first start working with you when you
[20] were working the night manager position?
[21] A: Well, on Sundays they always did have two
[22] managers working together.
[23] Q: On Sundays?
[24] A: On Sundays.
[25] Q: Why is that?

## Page 53

[1] **A:** Because of the volume of, supposed volume of
[2] business that we would do because we were open on
[3] Sundays and a lot of the other hardware stores and
[4] whatnot were closed. So that would free one up to be
[5] up front of the store while one would be back at the
[6] back of the store and we would be able to keep things
[7] running.
[8] **Q:** But that was always standard practice on
[9] Sundays?
[10] **A:** On Sundays.
[11] **Q:** Was there a time on other days, or I guess
[12] nights in this case, would there be someone else
[13] working with you when you were the night manager that
[14] was not the initial practice?
[15] **A:** That didn't start until after I came back
[16] from the surgery.
[17] **Q:** Okay. When was that?
[18] **A:** A little after 2000.
[19] **Q:** Okay. And what surgery was that that you
[20] came back from?
[21] **A:** I had three hernias repaired. I believe that
[22] was on Thursday night when that would happen. Dan,
[23] that was his name.
[24] **Q:** Now, before, let's say before the year 2000
[25] about how often were you scheduled to work as a night

## Page 54

[1] manager?
[2] **A:** Usually every Friday night. I mean not
[3] Friday night, I'm sorry. Usually every Thursday night.
[4] **Q:** Were there any other nights that you would
[5] typically work as night manager?
[6] **A:** If somebody was on vacation or something and
[7] they needed me to fill in.
[8] **Q:** But Thursday night was your regular night?
[9] **A:** Normally Thursday nights.
[10] **Q:** How late was the store open on Thursday?
[11] **A:** They had been open until 9 o'clock but they
[12] started closing at 8.
[13] **Q:** At 8?
[14] **A:** Yes.
[15] **Q:** What was involved with setting the alarm and
[16] locking the doors at night?
[17] **A:** Basically to make sure that the doors were
[18] locked. We had overhead doors in the feed house area
[19] that we had to make sure that the door is down and in
[20] the locked position to make sure that that magnetic
[21] strip that was on the door would match the one on the
[22] door. They had two overhead doors that had magnetic
[23] things in it and the lawn and garden department, they
[24] had like big bolt locks that we had to make sure it was
[25] locked in place so that the eye up in the wood would

## Page 55

[1] match the magnet piece in the door.
[2] **Q:** Okay.
[3] **A:** So basically make sure all the doors were
[4] locked. And then as far as setting the alarm all I had
[5] to do is after I clocked out and turned the lights off
[6] hit a button and go out the door and then lock the door
[7] behind me.
[8] **Q:** Okay. And then locking up the gates, is that
[9] the gates on the parking lot, is that right?
[10] **A:** Well, that would be locked before we closed.
[11] Right when we were closing the store.
[12] **Q:** Were you also responsible as the night
[13] manager for doing that?
[14] **A:** Yes. Well, basically the feed house guys
[15] would lock it and I would just stand out there and make
[16] sure they locked it. If they had a problem with the
[17] lock working on the lock and make sure it got locked.
[18] **Q:** How many gates were there outside?
[19] **A:** There was two in the front, one -- no,
[20] three. Two on the Martin Luther King side or Rock Road
[21] side and one on the left-hand which would be the Fee
[22] Fee side.
[23] **Q:** Okay. The store is located at Fee Fee and St.
[24] Charles Rock Road.
[25] **A:** Right on the corner.

## Page 56

[1] **Q:** Okay.
[2] **A:** And when I would leave lock the back gate,
[3] bring both gates together and put the chain around the
[4] padlock.
[5] **Q:** So you would have, to do that duty you would
[6] have to go out on the parking lot, walk to the gate,
[7] put the lock through the holes and line it up and lock
[8] it, correct?
[9] **A:** Correct.
[10] **Q:** Okay. Any other duties of the night manager
[11] position while you were employed at Branneky's that we
[12] haven't already discussed?
[13] **A:** Other than just make sure the fans and stuff
[14] are turned off.
[15] **Q:** All right. Typically how many employees were
[16] working with you when you were the night manager?
[17] **A:** Usually there's two feed house guys,
[18] sometimes one, depends on what night we was busy or
[19] slow. There's usually two cashiers up to a certain
[20] time and then there's one cashier and then there's two
[21] salesmen on the floor and one salesman working the
[22] service counter and then me.
[23] **Q:** Okay. You were not the only person while you
[24] worked at Branneky's who would mix paint, is that
[25] right?

Page 57

[1] **A:** That's correct.

[2] **Q:** Okay. Who else might have mixed paint while
[3] you were working there?

[4] **A:** Jeff Branneky mixed paint, Tim Branneky, Jack
[5] Branneky, Heidi who came when I started working there,
[6] she worked with me in that department. I can't think
[7] of the young man's name that worked at the service
[8] counter. Dave Versman, that's his name. And then
[9] there were other salesmen that I trained.

[10] **Q:** So other than yourself, the Brannekies might
[11] mix paint, other employees who worked at the service
[12] counter might have mixed paint, is that right?

[13] **A:** Correct.

[14] **Q:** Other salesmen on the floor might also mix
[15] paint, is that right?

[16] **A:** Yes, sir.

[17] **Q:** So you were never exclusively the only person
[18] who mixed paint at the store, is that right?

[19] **A:** I was never originally the only person.

[20] **Q:** Tell me what you mean by that.

[21] **A:** What I mean by that is even though I trained
[22] the salesmen to mix paint they would get nervous and
[23] not want to mix it and they would end up calling me and
[24] I ended up, whatever I was doing, whether I was on the
[25] floor crawling around putting stuff away or whatever, I

Page 58

[1] would have to stop and come back there and make sure
[2] things were taken care of.

[3] **Q:** Okay. That's if somebody wanted your help,
[4] right?

[5] **A:** Yes.

[6] **Q:** Okay. I guess my question really was other
[7] people at the store mixed paint besides you, is that
[8] right?

[9] **A:** That's correct.

[10] **Q:** Now, at the time you were terminated in
[11] November of 2001 were you still able to perform all
[12] those duties and functions of the night manager
[13] position that you described for me?

[14] **A:** Yes.

[15] **Q:** Okay. Were there any other positions that you
[16] ever held at Branneky's that we haven't already
[17] discussed?

[18] **A:** I don't know if it would be considered a
[19] position. I volunteered to help them out because the
[20] older man that used to work in the basement to work on
[21] the windows and screens he had passed and had been
[22] several times during those years that I worked there
[23] and I would work downstairs after my hours and help
[24] them work on windows and screens and fix those
[25] windows and screens and screen doors and things of that

Page 59

[1] nature.

[2] **Q:** When did you first start doing that?

[3] **A:** I'm not totally sure because I was helping
[4] them off and on before the other man had died.

[5] **Q:** And that was part of working at the service
[6] counter?

[7] **A:** No, that was in the basement. That was a
[8] service counter function but it was done in the
[9] basement. It was done downstairs.

[10] **Q:** But you would do that type of work as a part
[11] of working at the service counter?

[12] **A:** Right. If Jeff or Tim came and said, hey, I
[13] got this screen, they need to be done, they didn't get
[14] a chance to get it done, the customer is coming in can
[15] you get this done, I would take off of my duties to run
[16] down and do it.

[17] **Q:** Did you also work as a floor salesman at
[18] Branneky's?

[19] **A:** Yes.

[20] **Q:** And what time did you work in that position?

[21] **A:** All the time.

[22] **Q:** All the time?

[23] **A:** All the time.

[24] **Q:** All right. And what, what type of duties and
[25] responsibilities, you know, what we were the functions

Page 60

[1] involved in that position?

[2] **A:** Ask the customer what did they need and they
[3] would describe to me what it was and I would take them
[4] and show them the merchandise. And if they asked me
[5] something about it I would explain it to them and take
[6] them up to check out and tell them, thank you, have a
[7] nice day.

[8] **Q:** Are there times when customers would come in
[9] with an item of hardware or whatever it might be and
[10] give it to you to look at where you would have to
[11] identify it?

[12] **A:** Yes.

[13] **Q:** Okay. Being able to identify items brought
[14] in by customers and assisting them and finding items
[15] they needed in the store, you would agree with me,
[16] wouldn't you, that would be important in keeping the
[17] customer satisfied?

[18] **A:** Yes.

[19] **Q:** All right. And were you still able to
[20] perform all those functions that you've described for
[21] me as a floor salesman at the time you were terminated
[22] in November of 2001?

[23] **A:** Yes, sir.

[24] **Q:** Now, Mr. Taylor, when to the best, you
[25] know -- strike that.

---

Page 61

[1] When before you were terminated did you last
[2] work as a night manager, when was the last time you
[3] were scheduled as a night manager?

[4]   A:  I'm not sure.  So many changes happened
[5] around there.

[6]   Q:  Sure.  But can you give me at least an
[7] estimate of time?

[8]   A:  I would say right after I came back from the
[9] surgery, when I came back to work there.

[10]   Q:  All right.  And you came back to work in what
[11] month?

[12]   A:  Oh, I believe it was in late July or early
[13] August.

[14]   Q:  Of what year?

[15]   A:  2000.

[16] MR. JIMERSON: Can I take a break a minute?

[17] (Short Recess)

[18] MR. GRAHAM: We're back on the record after a
[19] short break.

[20]   Q:  Mr. Taylor, have you been diagnosed with an
[21] eye disease?

[22]   A:  Yes, sir.

[23]   Q:  And what disease is that?

[24]   A:  Retinitis pigmentosis.

[25]   Q:  When were you first diagnosed with retinitis

---

Page 62

[1] pigmentosis?

[2]   A:  I believe it was back in 1995.

[3]   Q:  And by whom were you diagnosed?

[4]   A:  Dr. David Glaser.  He was at the Anheuser Eye
[5] Institute.

[6]   Q:  Down on South Grand?

[7]   A:  Um-huh.

[8]   Q:  Is that a yes?

[9]   A:  Yes, sir.  He's not there now.

[10]   Q:  Okay.  Where is he located today, do you know?

[11]   A:  (Hands up gesture).

[12]   Q:  You don't know?

[13]   A:  No.

[14]   Q:  Do you still treat with him for your
[15] condition?

[16]   A:  Yes, sir.

[17]   Q:  All right.  And we'll talk about that in a
[18] minute, but when Dr. Glaser diagnosed you initially
[19] with this disease what did he tell you about it?

[20]   A:  He told me that I had at least 10 years of
[21] good sight and he told me to get in touch with the eye
[22] people to --

      Q:  Rehab Services for the Blind?

[24]   A:  It wasn't Rehab Services.  It was the other
[25] one up here on Manchester.  They referred me to the

---

Page 63

[1] other one.

[2]   Q:  Okay.  Did Dr. Glaser tell you anything about
[3] how the disease would progress?

[4]   A:  He told me that my, I would lose my
[5] peripheral, my depth perception, my color.  I would
[6] have night blindness and that eventually I would lose
[7] my sight altogether.

[8]   Q:  Okay.  And has his prediction I guess
[9] unfortunately proven more or less to be true or
[10] accurate as far as the course of the disease you've
[11] experienced?

[12]   A:  Yes.

[13]   Q:  Okay.  In 1995 or thereabouts when you were
[14] diagnosed with this disease were you having problems
[15] with your eyesight or your eyes, was there anything
[16] that you were experiencing at the time?

[17]   A:  I was having problem at nighttime.  When I
[18] would drive home I would pull up to the stop sign and
[19] look for pedestrians and I wouldn't see pedestrians and
[20] then I would proceed to make a left around the corner
[21] and out of corner of my eye I would catch a person just
[22] passing my vehicle.

[23]   Q:  So you started noticing night blindness, is
[24] that accurate?

[25]   A:  Yes.

---

Page 64

[1]   Q:  When did you first start to really notice
[2] that, to experience that?

[3]   A:  Like in '94.

[4]   Q:  Okay.  Was that something that kind of came
[5] on suddenly or had it been a gradual process and you
[6] just hadn't noticed it?

[7]   A:  I hadn't noticed it and I just noticed I was
[8] having problems and I said let me go get my eyes
[9] checked.

[10]   Q:  And that led you to Dr. David Glaser and the
[11] diagnosis of the disease, correct?

[12]   A:  Um-huh.

[13]   Q:  Is that a yes?

[14]   A:  Yes.  Sorry.

[15]   Q:  That's okay.  Again I'm just trying to prompt
[16] you for the record.

[17] When you were diagnosed was there any therapy
[18] or medication that Dr. Glaser prescribed for you?

[19]   A:  He gave me Vitamin A Chromate which is
[20] supposed to slow down the progression of the disease.

[21]   Q:  All right. Anything else, any other therapy
[22] or treatment that he described for you at that time?

[23]   A:  Other than getting with the service for the
[24] blind.

[25]   Q:  Okay.  And did he tell you why you would need

---

Page 65

[1] that?

[2] **A:** Because he told me I was going blind.

[3] **Q:** Okay. And do you remember the name of the

[4] agency that he gave you that you first contacted?

[5] **A:** Well, I didn't -- well, it was, it's right

[6] along Manchester and -- what's the name of the

[7] street?

[8] **MR. JIMERSON:** Let's go off the record.

[9] (Discussion off the record)

[10] **Q:** Mr. Taylor, you've told us that Dr. Glaser

[11] referred you to an agency or organization that assisted

[12] people with that lost their sight or were losing their

[13] sight, is that correct?

[14] **A:** Yes, sir.

[15] **Q:** And you thought it was located somewhere

[16] around Manchester and Brentwood, is that correct?

[17] **A:** It was because I went there.

[18] **Q:** You did actually go to that agency?

[19] **A:** Yes, I did.

[20] **Q:** What did they tell you?

[21] **A:** They told me they couldn't help me.

[22] **Q:** Did they tell you why?

[23] **A:** They referred me to someone else.

[24] **Q:** Who did they refer you to?

[25] **A:** Well, at that time they didn't -- well, yes,

Page 66

[1] at that time they did refer me, I just didn't get in

[2] touch with them. I think they referred different other

[3] people in the City, other places in the City. I can't

[4] remember.

[5] **Q:** All right. Were there any other -- after that

[6] initial contact with the agency that told you they

[7] couldn't help you was there another agency that you

[8] contacted then for assistance?

[9] **A:** Not at that time.

[10] **Q:** Was there ever another agency that you

[11] contacted for assistance?

[12] **A:** Just I contacted Rehab Services for the Blind

[13] in 2000.

[14] **Q:** Okay. And why did you contact Rehab Services

[15] for the Blind in 2000?

[16] **A:** Because I woke up and I lifted my hand and I

[17] couldn't see it in front of my face.

[18] **Q:** And when was that in 2000, what time of the

[19] year or what month?

[20] **A:** I would say I believe it was around August or

[21] something like that.

[22] **Q:** Okay. And who did you make contact with there

[23] at Rehab Services for the Blind, who did you speak

[24] with?

[25] **A:** Susan Fuller I believe it was.

Page 67

[1] **Q:** Susan Fuller?

[2] **A:** Yes.

[3] **Q:** And what did she tell you?

[4] **A:** She set up an appointment for me to come in

[5] and talk with her.

[6] **Q:** At that appointment what did you discuss with

[7] Miss Fuller or what types of things did you discuss

[8] with her?

[9] **A:** That I was having problems with my sight.

[10] **Q:** Okay.

[11] **A:** Oh -- I'm sorry.

[12] **Q:** That's okay.

[13] **A:** I'm going off on something else that's

[14] totally different.

[15] **Q:** Tell me what you mean. Now I'm confused.

[16] **A:** I didn't locate, I didn't talk to her until I

[17] think it was in October, I believe it was.

[18] **Q:** So you think now it was October of 2000 when

[19] you contacted Susan Fuller?

[20] **A:** When I contacted her.

[21] **Q:** Okay.

[22] **A:** The end of September or early October.

[23] **Q:** Is there a reason why you remember it being

[24] October rather than August?

[25] **A:** I had had an injury on the job.

Page 68

[1] **Q:** Okay. And when did that occur, the injury?

[2] **A:** I'm sorry, it was somewhere between the end

[3] of October -- I just know it was between the last week

[4] of October -- pardon me, the first week in October.

[5] **Q:** Did you contact Susan Fuller before or after

[6] the injury on the job?

[7] **A:** I contacted her after I was approached by my

[8] manager, my boss.

[9] **Q:** Okay. I guess that doesn't really answer my

[10] question. Was your contact with her before or after

[11] the injury on the job?

[12] **A:** After the injury, I'm sorry.

[13] **Q:** Okay. And when you say it was after you were

[14] contacted by your supervisor or boss, what do you mean

[15] **A:** After I was talked to by Tim Branneky I was

[16] talked to by Jack Branneky.

[17] **Q:** And what did they talk to you about at that

[18] time?

[19] **A:** They were telling me I could no longer work

[20] there.

[21] **Q:** Tell me as specifically as you recall what

[22] Tim Branneky said to you after the work injury you

[23] had.

[24] **A:** He came out on the floor in the paint aisle,

[25] I was out there writing down and putting

---

### Page 69

[1] merchandise on the floor, and he asked me was I all
[2] right and he asked me did I have the injury because I
‿uldn't see and he reprimanded me.
[4]   **Q:**  When you say he reprimanded you tell me
[5] specifically what you mean.  What did he say to you?
[6]   **A:**  He said, first he asked me was I all right
[7] and then he said that we know you've been having
[8] problems with your eyesight lately and are you sure
[9] you're all right, is that why you fell.  And I told
[10] him, no, it was not.
[11]   **Q:**  Okay.  How did the injury, the work injury
[12] occur?
[13]   **A:**  I came out of the back door and I was going
[14] to lunch going to pick up my, picking up some reading
[15] glasses because I had some work done on them.  And I
[16] came out the back door and walked right past the
[17] retaining wall to go up to the garden area and go out
[18] to catch the bus and when I turned past the retaining
[19] wall there was a garden cart which I tripped and fell
[20] right over on top of.
[21]   **Q:**  Okay.  And when you say the back door you mean
[22] the back door of the store?
[23]   **A:**  Back door of the store near where the
[24] receiving area and the service counter would be.
[25]   **Q:**  Sort of at the bottom of the back stairs,

### Page 70

[1] would that be right, you know where I'm talking about
[2] in the basement of the store?
[3]   **A:**  Not in the basement of the store.  This is on
[4] the first floor.
[5]   **Q:**  Okay. I know where you're talking about.  So
[6] you turned left after you came out that door?
[7]   **A:**  I came out the door and I made a left around
[8] the retaining wall.
[9]   **Q:**  All right.  And there was something there
[10] that you fell over?
[11]   **A:**  There was a garden cart.
[12]   **Q:**  Okay. How large was the garden cart, can you
[13] tell me?
[14]   **A:**  It was a flat wrought iron cart which was
[15] approximately maybe a foot high off the ground maybe
[16] about a foot and a half wide by 36 inches long with a
[17] angle iron around with the, what they call expanded
[18] metal down on the inside to make it a place where you
[19] can put low merchandise on.  It had a handle, a metal
[20] handle, with the wheels that turn in and cut away.
[21]   **Q:**  Was this something -- well, what was it used
‿?
[23]   **A:**  It was used to load up merchandise like cow
[24] manure and potting soil and cement and different other
[25] things.

### Page 71

[1]   **Q:**  So was it used to display merchandise for
[2] sale or to take it to a customer's vehicle?
[3]   **A:**  It was right -- right there where I turned is
[4] where a, where the incline is where you can back cars
[5] up into so you can load merchandise into.
[6]   **Q:**  Okay. So that's what the cart was used for
[7] to load a customer's vehicle?
[8]   **A:**  To load vehicles, right.
[9]   **Q:**  Okay.  And you came around the corner in
[10] front of the retaining wall and what happened?
[11]   **A:**  Concrete retaining wall.
[12]   **Q:**  Okay. What happened when you came around that
[13] corner?
[14]   **A:**  As soon as I stepped around the corner I felt
[15] the cart on my leg and I looked down but by that time I
[16] had already tripped and fell over the top of it.
[17]   **Q:**  Okay. Did you see the cart before you fell?
[18]   **A:**  No, sir.
[19]   **Q:**  Okay. When did you first see the cart?
[20]   **A:**  As I was falling.  I felt it with my leg
[21] before because it hit my leg as I turned around the
[22] corner.
[23]   **Q:**  Okay.  And when did that accident happen,
[24] about when?
[25]   **A:**  As I said, either the end of September or the

### Page 72

[1] first week of October.
[2]   **Q:**  Of what year?
[3]   **A:**  2000.
[4]   **Q:**  Okay.  And what did you do immediately after
[5] the accident?
[6]   **A:**  I came back in and I reported it to the
[7] secretary and showed her my leg was cut.
[8]   **Q:**  Okay. Who was the secretary?
[9]   **A:**  I can't remember her name, I'm sorry.
[10]   **Q:**  That's okay.  Did you, were you able to get
[11] up by yourself or did you need any assistance getting
[12] up after you fell?
[13]   **A:**  I got up but I think I was out for a few
[14] seconds or something.
[15]   **Q:**  When you say you were out what do you mean?
[16]   **A:**  Well, I had to shake myself.
[17]   **Q:**  Did you --
[18]   **A:**  Figure out where I was.
[19]   **Q:**  Did you hit your head?
[20]   **A:**  I'm not sure.
[21]   **Q:**  Okay.
[22]   **A:**  I just remember the cut on my leg and that
[23] the garden cart had caught me in my stomach.
[24]   **Q:**  Did you fall over the garden card lengthwise
[25] or kind of across it sideways, if you know what I mean?

---

Page 77

[1] **A:** Before.

[2] **Q:** Okay.

**A:** I was back there, that's why I was saying [4] earlier that I had just come back from because I had [5] that surgery repair.

[6] **Q:** Okay.

[7] **A:** And I was in the shower and there was two [8] nodules was sticking, you know, kind of poked out. I [9] knew something was wrong and I went to my doctor.

[10] **Q:** Okay. Which doctor was that?

[11] **A:** Dr. Shapiro.

[12] **Q:** And what did Dr. Shapiro say?

[13] **A:** He told me there were two little nodules [14] there and he asked me how tender it was and he told me [15] if I wanted to have them repaired then they had to be [16] repaired. Depends on how sensitive or how much pain I [17] was having with them.

[18] **Q:** Okay. What did you tell him with respect to [19] that?

[20] **A:** I told him it was uncomfortable and that it [21] was kind of keeping me up a little bit at night.

[22] **Q:** How long before this incident, the garden [23] cart incident, did you have the hernia repairs done?

[24] **A:** I'm sorry?

[25] **Q:** How long before you fell over the garden cart

Page 78

[1] had you had the three hernias repaired?

[2] **A:** I had the hernias repaired in June 2000.

[3] **Q:** All right. And you were off work for a time [4] after that, correct?

[5] **A:** Yes.

[6] **Q:** How long?

[7] **A:** Until I think it was the last week in July.

[8] **Q:** Okay.

[9] **A:** Or first week in August.

[10] **Q:** And those three hernias that were repaired in [11] June of 2000 was there, did you file a workers' [12] compensation claim as a result of those against [13] Branneky's?

[14] **A:** I had mentioned to Tim and they said since it [15] wasn't, they said since I didn't report it right then [16] and there when it happened they was not going to file [17] it.

[18] **Q:** But I guess my question was did you ever file [19] a claim against Branneky's for that incident?

[20] **A:** Not in particular because I was told by Mr. [21] Branneky and them that they were not going to file it [..] cause they said that I didn't let them know that I [23] had injuries is what they said.

[24] **Q:** Okay.

[25] **A:** I had never dealt with that so I didn't know

Page 79

[1] what the right procedures was other than to talk with [2] them.

[3] **Q:** I was going to ask you, had you ever filed a [4] worker's compensation claim before June of 2000 against [5] Branneky's or anybody else for that matter?

[6] **A:** Before what now?

[7] **Q:** Before June of 2000 had you ever filed or [8] made a workers' compensation claim against any [9] employer?

[10] **A:** Hunt-a.

[11] **Q:** Is that a no?

[12] **A:** No, sir.

[13] **Q:** After the, after you fell over the garden [14] cart and you went to the doctor you said, you told me [15] then that you had a conversation with Jack Branneky?

[16] **A:** I came back to work from the doctor and I [17] explained to Jeff Branneky the night that I was working [18] the service counter. The next day -- I assumed he [19] talked with his father and brother. The next day Tim [20] Branneky called me up in the office and told me that [21] Jack wanted to talk to me and I went up to the office.

[22] **Q:** And what did Jack say to you?

[23] **A:** He asked me how long did I want to work [24] there.

[25] **Q:** Okay. Did he ask you anything else?

Page 80

[1] **A:** He said that we know you're having problems [2] with your eyes and you, you fell over a garden cart out [3] there in the lawn and garden area. How did you fall [4] over that big old cart as tall as it is?

[5] **Q:** And what did you say in response?

[6] **A:** I tried to explain to him it wasn't the tall [7] cart he was talking about. He said regardless, I want [8] to know how long you want to work here because you're [9] costing me money.

[10] **Q:** Okay. And did he -- did you ask him what he [11] meant by that?

[12] **A:** I was flabbergasted. I was like huh? And he [13] said, well, we know you're having problems with your [14] eyesight and you're becoming a liability and, you know, [15] and instead of an asset. And, oh, the insurance [16] company wants to know how long am I going to hold on to [17] you because you can fall down the back steps and break [18] your back and I'll have to pay for you for the rest of [19] your life and I'm not going to do that.

[20] **Q:** Okay.

[21] **A:** And I said huh? He said the only way you can [22] continue to work here -- he said I suggest you look for [23] another place to work. The only way you can continue [24] to work here is if you sign a paper saying you will be [25] held responsible for any injuries you incur because of

## Page 81

[1] your eyesight. And I said huh?

[2] **Q:** Okay. Anything else that he said to you that [3] you remember?

[4] **A:** He said you can draw the papers up or I can [5] write the papers up and you can sign it but I need an [6] answer from you by the end of the week.

[7] **Q:** All right. Anything else that he said to you [8] at that time that you remember?

[9] **A:** That was it. I left the room.

[10] **Q:** Did you say anything back or in response to [11] any of the things you've testified to?

[12] **A:** I was flabbergasted. I didn't have anything [13] else to say to him. I didn't want to argue with him, I [14] just kept my mouth shut and went on back to work.

[15] **Q:** Okay. Did you ever, in fact, sign any piece [16] of paper like you've described?

[17] **A:** No, sir. He, he had mentioned it to me, [18] about three days later he had mentioned to me what I [19] thought about it, he'll draw the papers up and [20] whatnot. And at the time I told him I'm not going to [21] sign anything like that.

[22] **Q:** And was anything like that, any paper like [23] that ever presented to you for your signature?

[24] **A:** No, nothing was presented at the time. He [25] didn't bring it up anymore.

## Page 82

[1] **Q:** So it was never presented to you for [2] signature?

[3] **A:** No.

[4] **Q:** And never came up again, is that right?

[5] **A:** No, it never did. I was waiting on it to.

[6] **Q:** But it didn't?

[7] **A:** No.

[8] **Q:** Okay. Have you told me everything you can [9] recall about that conversation with Jack Branneky?

[10] **A:** That's all I can remember.

[11] **Q:** Okay. Did you then receive anymore treatment [12] from Dr. Shapiro or anybody else after that garden cart [13] incident?

[14] **A:** I went a couple more times because he had to [15] verify because the lawyer wanted to verify the [16] injuries.

[17] **Q:** Right. Okay.

[18] **A:** And he said, yes, it's there and I don't care [19] what that doctor over there is telling you, they're [20] there and they need to be repaired and it's up to you [21] if you want to have them repaired or not.

[22] **Q:** You ultimately, you hired a lawyer with [23] respect to that fall over the garden cart, correct?

[24] **A:** I hired the lawyer after I had had that talk [25] with the Brannekies because I figured that he was going

## Page 83

[1] to fire me and and I have a wife and kids to support.

[2] **Q:** So after you had the discussion with Jack [3] Branneky, is that right, is that when you hired the [4] lawyer?

[5] **A:** Um-huh.

[6] **Q:** That's a yes?

[7] **A:** Yes, sir.

[8] **Q:** And did you then file or make a workers' [9] compensation claim against Brannekies?

[10] **A:** My lawyer did. He filed it on my behalf.

[11] **Q:** Okay. And did you ultimately have surgeries [12] again for the hernias?

[13] **A:** For the repair?

[14] **Q:** Yes, sir.

[15] **A:** No. I'm going to wait until all this is [16] taken care of.

[17] **Q:** Okay. So you've never had that repair?

[18] **A:** Not yet.

[19] **Q:** Okay. And we're going on five years of that [20] incident, is that right?

[21] **A:** Yes, sir.

[22] **Q:** This year. You gave a deposition in the [23] original case against Brannekies, correct, original [24] workers' compensation case?

[25] **A:** Yes, I did.

## Page 84

[1] **Q:** And that was sometime around February of [2] 2001, is that correct?

[3] **A:** Yes.

[4] **Q:** And you were in a room probably similar to [5] this one with a court reporter and some lawyers, [6] right?

[7] **A:** Yes.

[8] **Q:** And you were under oath, correct?

[9] **A:** Yes, sir.

[10] **Q:** And you did your best then to answer those [11] questions truthfully and honestly then, correct?

[12] **A:** Yes, sir.

[13] **Q:** Okay. Now, as a result of your claim against [14] Brannekies what was -- well, what was the result of [15] your claim against Brannekies, did you receive any [16] monies from that claim?

[17] **A:** Yes, sir.

[18] **Q:** Do you remember how much?

[19] **A:** $12,000 from the workmen's comp.

[20] **Q:** And from that amount was your, your net [21] settlement I guess after fees and costs about $7,500, [22] something around that neighborhood?

[23] **A:** Yes, sir.

[24] **Q:** And you also made a claim you told me against [25] the Second Injury Fund, correct?

---

Page 93

[1] garden area that are out of the walkway of the people
[2] so they won't trip and fall over them.
[3] **Q:** Had or was somebody loading a vehicle there
[4] at the time or had they been?
[5] **A:** Not at the time I was there. It was left
[6] there after someone loaded.
[7] **Q:** When you fell was there anybody else so far
[8] as you know who saw you fall?
[9] **A:** Not so far as I know. No one came to help
[10] me.
[11] **Q:** Okay. I was going to say nobody came to help
[12] you I guess so you would presume nobody was around?
[13] **A:** Right.
[14] **Q:** Did anybody ever tell you, hey, I saw you
[15] fall out there, Broderick, did anybody ever say
[16] anything to you like that afterwards?
[17] **A:** No. Not to my knowledge.
[18] **Q:** Okay. Now, after you fell and you went to
[19] the doctor and then you had the conversation with Jack
[20] and you hired the lawyer, did you have anymore
[21] conversations with any of the Brannekies, Tim Branneky,
[22] Jeff Branneky or Jack Branneky about the garden cart
[23] incident that we've been talking about?
[24] **A:** Not to my recollection.
[25] **Q:** In your answer to Interrogatory Number 7 --

---

Page 94

[1] **MR. JIMERSON:** If you could read them because
[2] he can't.
[3] **Q:** Yeah, I know. I'll read the part of the
[4] answer that I'm going to ask you about. Well, I'll
[5] read you the whole answer.
[6] **A:** Okay.
[7] **Q:** "Defendant found out that Plaintiff had a
[8] lawyer for his workers' compensation matter in
[9] October. Plaintiff had fallen over a cart at work in
[10] September of 2001." Let me stop there.
[11] Does that sound to you like that's just a
[12] typographical error and that should be September of
[13] 2000 instead of 2001?
[14] **A:** That's an error.
[15] **Q:** I'm continuing to read. "Plaintiff felt
[16] badly because he had been reprimanded for the accident
[17] and taunted about his vision."
[18] When were you taunted about your vision?
[19] **A:** That was that day that I had told you Tim
[20] Branneky came down.
[21] **Q:** That was the conversation you related to me
[  ] ith Tim Branneky that day?
[  ] **A:** Yes. There were other times when I was
[24] brought up into the office and they was asking me
[25] questions.

---

Page 95

[1] **Q:** Okay. Tell me about that.
[2] **A:** Tim Branneky had -- well, right after the,
[3] the deposition, when I did the deposition in February.
[4] **Q:** Okay.
[5] **A:** Tim Branneky was off the next day, because I
[6] hadn't even let them know that I was even doing the
[7] deposition. I didn't know they even knew anything
[8] about it. And he came in the next day on his day off,
[9] and I'm in the aisle putting up merchandise, and he
[10] just, hi, how you doing, how you doing, and I just keep
[11] on working, you know. He turned to me and smiled and
[12] said, well, how did your deposition go.
[13] **Q:** Okay.
[14] **A:** And I said fine. I did not want to discuss
[15] anything of that nature to him. I just turned around
[16] and walked away.
[17] And then there was a time when Tim Branneky
[18] pulled me up in the office and asked me how is your
[19] sight, how you doing. And he wanted to discuss, well,
[20] you can, you can see, what can't you see, what can you
[21] do, what can't you do. We're going to protect
[22] ourselves. I just want you to know. I'll tell you
[23] what we can do, we can help you, what can we do to help
[24] you. We can lay you off and you can get your
[25] unemployment or your disability and -- which that

---

Page 96

[1] flabbergasted me. Or we can put you down in the
[2] basement where you don't have to be on the floor where
[3] you'll work on screens. I didn't want to do that. I
[4] just asked him that I needed him to -- I had been, I
[5] had been on temporary for the service counter, they
[6] were supposed to get me off the service counter but it
[7] turned from temporary to full-time because I didn't
[8] want to work nights at the service counter. And he
[9] said, well, we can get you off the service counter. And
[10] after that conversation then they cut my hours.
[11] **Q:** Okay. And at that point -- tell me when that
[12] conversation happened.
[13] **A:** That was in February.
[14] **Q:** February of 2001?
[15] **A:** Um-huh.
[16] **Q:** That's a yes?
[17] **A:** No, that can't be February of 2001. Wait a
[18] minute. I did the deposition in February. Yeah,
[19] February of 2001. Yeah, February of 2001, yes.
[20] **Q:** There were some things that I wanted to ask
[21] you about that you told me there. Did you tell him
[22] that you couldn't discuss things to do with your
[23] disability?
[24] **A:** I said I didn't want to discuss the case in
[25] front of him by himself with just him and me unless my

---

**Page 97**

[1] lawyer was with me.

[2]   Q:  Okay.

[3]   A:  That's what I told him.

[4]   Q:  Okay.  Did you tell him at that time, you

[5] know, here's what I need, here's what I need from you

[6] to help me do my job, did you tell him then anything

[7] like that?

[8]   A:  Like what, I'm sorry?

[9]   Q:  I'm sorry.  Strike that.  Let me ask you a

[10] better question.

[11] You just told me about a conversation you had

[12] with Tim Branneky up in the office of in February 2001?

[13]   A:  Right.

[14]   Q:  And what I want to know at that time did you,

[15] did you tell Tim or ask Tim for any assistance in

[16] performing your job?

[17]   A:  Not at that time because Rehab Services for

[18] the Blind was helping me and getting stuff for me.

[19]   Q:  All right.  And what were they helping you

[20] get at that time in February of 2001?

[21]   A:  Different equipment to be able to do my job

[22] to help me see better.

[23]   Q:  Okay.  And what type of equipment was that?

[24]   A:  They had gotten me a magnifier that I could

[25] put, like a big ruler that I could put on my book and

**Page 98**

[1] it had a red line or some color line that I could put

[2] on there and it magnified it and made it big enough for

[3] me to see the words for the formula.  It was a lighted

[4] magnifier that they gave me.  A walking stick.  Special

[5] sunglasses for outside.  What else?  Different items

[6] that I could use to write my, to sign my name and make

[7] sure I'm on the right line when I'm signing and filling

[8] out things.

[9]   Q:  What was that device?

[10]   A:  It was just a little plastic, a little

[11] plastic like card.  Like almost like a little plastic

[12] card.

[13]   Q:  Did it have cutouts in it?

[14]   A:  Yes, and would slide in your pocket.

[15]   Q:  Okay.

[16]   A:  And they gave me a recorder to record

[17] anything that I wouldn't write down to help me remember

[18] things for my order and all that.

[19]   Q:  Okay.  Is that one of the recorders that uses

[20] the small mini diskettes?

[21]   A:  Yes.

[22]   Q:  Anything else that they had given you at that

[23] time in February of 2001?

[24]   A:  Not that I can think of.  I had had

[25] conversations with Jeff Branneky up in the office and

**Page 99**

[1] Jack Branneky was up there and I had mentioned to th

[2] that I was with Rehab Services for the Blind and they

[3] would be working with me to help me be able to do my

[4] job a lot better around there as far as my sight was

[5] concerned.  And at that time Jack Branneky and Jeff

[6] Branneky go, well, what is Rehab Services for the Blind

[7] going to do for you, can they see for you?  If they

[8] can't see for you there's nothing they can do for you.

[9]   Q:  Okay.  When did that conversation occur?

[10]   A:  That was between that time period.

[11]   Q:  Between what time period, I'm sorry?

[12]   A:  Between February 1st and -- because Mr.

[13] Branneky had called me in the office and asked me

[14] about an order form that I failed to put the prices on.

[15]   Q:  One of the paint order forms or was this for

[16] something else?

[17]   A:  The paint order for roller handles and covers

[18] and stuff.

[19]   Q:  All right.  And what did he ask you about?

[20]   A:  He was -- what happened is one of the workers

[21] was helping me to write the prices down and I asked

[22] them, and I put the paper down and lined it up and

[23] evidently she didn't see it too well and I, because

[24] what she told me I wrote the prices down and they were

[25] on the line above, below or maybe above, and Mr.

**Page 100**

[1] Branneky was fussing at me about it.

[2]   Q:  Okay.  And again if you could tell me when

[3] this conversation with Jeff and Jack Branneky

[4] happened?

[5]   A:  Between February of 2001 and I will say that

[6] would have to be March, May, June, somewhere around

[7] there.

[8]   Q:  Of 2001?

[9]   A:  Um-huh.

[10]   Q:  That's a yes?

[11]   A:  Yes, sir, I'm sorry.  I'm sorry.

[12]   Q:  You're doing fine.  It's hard to remember.

[13]   A:  And the last --

[14] MR. JIMERSON: There's no question.

[15]   Q:  Let me me ask you another question.

[16]   A:  Okay.

[17]   Q:  Were there any other conversations that

[18] you've had with any of the Brannekies, Tim, Jeff or

[19] Jack, pertaining to your eyesight and the ability to do

[20] your job that we haven't talked about?  Other than when

[21] you were terminated and we'll talk about that in a

[22] little bit.

[23]   A:  Just the conversation I had with Tim before I

[24] was fired.

[25]   Q:  And tell me about that conversation.  When

**Page 101**

[1] did that occur?

[2] **A:** Maybe a week or two before I was fired. I

   id come to him and I -- we were remodeling the paint

[4] department.

[5] **Q:** Okay.

[6] **A:** And they were going to destroy my desk and

[7] make a new desk and Rehab Services for the Blind was

[8] purchasing me a CTV screen and I went to Tim Branneky

[9] and asked him when they built the desk if there was

[10] a possibility that he could provide that much room

[11] for the CTV screen that the State was going to buy for

[12] me.

[13] **Q:** Okay.

[14] **A:** And that would make it possible for me to put

[15] things on there and blow them up and make it easier for

[16] me to read. And he turned to me and said, well, what

[17] are Rehab Services for the Blind going to do for you,

[18] are they going to help you see. If they ain't going to

[19] help you see there ain't nothing they can do for you.

[20] And then he was saying something else and I told him,

[21] well -- it became apparent to me that he was wanting to

[22] argue and I didn't want to argue. I just said, well,

[23] thank you, Tim, and I just ended the conversation. I

[24] said it's obvious to me that you already made up your

[25] mind what you're going to do so I thank you, I got to

**Page 102**

[1] go back to work and get finished. And that was the

[2] last conversation I had with him.

[3] **Q:** Did you have any conversations with any of

[4] the other Brannekies, Jeff, Jack or Tim, before you

[5] were terminated other than what you've related to me

[6] about your eyesight and the problems you were having at

[7] work?

[8] **A:** There were several times that Jack snatched

[9] merchandise out of my hand when I was waiting on

[10] customers.

[11] **Q:** Tell me about that.

[12] **A:** I was back at the service desk and a

[13] gentleman needed some washers and I got the washers for

[14] the gentleman, showed them to the gentleman, the

[15] gentleman said, yes, that's perfect, that's what I

[16] want. I said okay and I wrote the price and I said

[17] thank you, have a nice day. And Jack snatched them out

[18] of my hand, wait a minute, give them here, he blind, he

[19] can't see, he don't know what he's doing. But the

[20] customer was getting ready to go up to the checkout and

[21] pay for it. Which made me, you know.

[--]     ere was a time when I was up at the front

[23] ..neckout when they called for a manager for a return in

[24] the daytime and I came up and got it and the customer

[25] and I discussed it and we knew what we wanted to do and

**Page 103**

[1] get. And I was on my way to go get it and he came down

[2] out of his office and took it out of my hand and said

[3] he can't see, he's blind, he don't know what he's

[4] doing. And snatched it out of my hand and took the

[5] customer and walked off.

[6] **Q:** Any other incidents like that?

[7] **A:** Right now that's all that's coming to my mind

[8] right now.

[9] **Q:** Okay. If you think of anymore while we're

[10] here today let me know, okay? All right?

[11] **A:** Yes, sir.

[12] **Q:** When did the incident with the washers at the

[13] service counter happen, when did that occur?

[14] **A:** Oh, I would say -- I got fired in November, I

[15] would say either October, maybe September. Right

[16] around in there.

[17] **Q:** Again in 2001?

[18] **A:** Yes, sir.

[19] **Q:** What about the incident with the customer in

[20] the daytime when you were called, where you went to the

[21] front for a return? The other incident you just told

[22] me about, I'm sorry. I'm not trying to be cryptic

[23] really.

[24] **A:** It could have been any time around between

[25] September and March.

**Page 104**

[1] **Q:** September and March of what year?

[2] **A:** Of 2001.

[3] **Q:** So between March of 2001 and September of

[4] 2001, is that right?

[5] **A:** Yes, sir.

[6] **Q:** Which of those two incidents happened first

[7] in time, the washer incident or the incident in the

[8] front of the store?

[9] **A:** The incident in the front of the store.

[10] **Q:** Okay. Were either one of those customers

[11] involved in that incident were they upset with you or

[12] in any way displeased with your work to your knowledge?

[13] **A:** Not to my knowledge, no. They were jolly,

[14] oh, hey, thanks, you know. And I said, okay, have a

[15] nice day.

[16] **Q:** Okay.

[17] **A:** They said thank you. That's exactly what I

[18] wanted.

[19] **Q:** All right.

[20] **A:** And the other customer, I don't know because

[21] they were kind of flabbergasted at what he did. He

[22] just took over. He walked off so I don't know what

[23] happened after that. I just took another customer.

[24] **Q:** Okay. All right. Had you ever seen Jack get

[25] and frustrated or upset with other employees at Branneky's?

Page 105

[1]  **A:** All the time.

[2]  **Q:** Would it be fair to say that Jack was not an

[3] easy man to work for or with?

[4]  **A:** You get him out of that setting he's a

[5] totally different person.

[6]  **Q:** So you would agree with me he was difficult

[7] to work for and with?

[8]  **A:** Yes.

[9]  **Q:** Okay.

[10]  **A:** But I didn't hold that against him. I just

[11] went on and did my job. I figured it was just

[12] frustration.

[13]  **Q:** I understand. To your knowledge did other

[14] employees at the store share your views of Jack being

[15] difficult to work with?

[16]  **MR. JIMERSON:** Let me object based on

[17] speculation of what other, his views of other people,

[18] what their feelings were. But subject to that.

[19]  **A:** I don't know.

[20]  **Q:** I mean, was there ever, I mean, you know, was

[21] there talk amongst employees about --

[22]  **MR. JIMERSON:** I think he also wanted to

[23] answer, to add on.

[24]  **Q:** Sure. Go ahead.

[25]  **A:** You said to me if I thought of any other

Page 106

[1] incidents I was trying to --

[2]  **Q:** Go ahead.

[3]  **A:** There was the -- now I lost my thought. Oh,

[4] after they had cut my hours.

[5]  **Q:** Okay.

[6]  **A:** By me being a manager usually I've always

[7] been used to, by us being managers we're supposed to

[8] help. So usually when the service counter is full of

[9] people normally we're supposed to come back and help

[10] them clear the service counter, help customers and take

[11] care of them and everything. And usually at about 5

[12] o'clock Mr. Branneky is going out of the store and

[13] that's one of the things that we helped out at the

[14] service counter so it would be less congested and

[15] help. Or if I came in early and the service counter

[16] was, we could clock in 15 minutes early and all of that

[17] and that's never been a problem all through the years

[18] and after the deposition and everything, after they cut

[19] my hours and everything, Jack came to me and told me

[20] you clock out when -- you work the hours we tell you to

[21] work, don't clock in five minutes early, don't clock

[22] out five minutes early.

[23]  **Q:** All right.

[24]  **A:** So that kind of threw me for a loop because I

[25] was used to what I been doing all those many years and

Page 107

[1] it just threw me for a loop that, because they cut my

[2] hours down to 33, 34 hours and I was used to working

[3] more than 40 hours a week.

[4]  **Q:** Okay. And your hours were cut after they

[5] took you off of the service counter, is that right?

[6]  **A:** Yes, after. Yes, sir.

[7]  **Q:** And --

[8]  **A:** Off the service counter?

[9]  **Q:** You told me that at some point you had

[10] requested that you be taken off the service counter?

[11]  **A:** I had requested that but they never did

[12] that.

[13]  **Q:** Why did your hours get cut, what hours got

[14] out?

[15]  **A:** After I had talked -- I'm sorry, let me go

[16] back. After I talked with Tim Branneky in the office

[17] that day when I expressed to you and told you he said

[18] we're going to protect ourselves, I'll do what I can to

[19] help you. After that that's when he cut my hours.

[20]  **Q:** Okay. And --

[21]  **A:** He cut me from, in a two week period of time

[22] roughly 80 hours plus 20 hours overtime to 30, 33 hour

[23] a week.

[24]  **Q:** Okay. At that time was there any change in

[25] the job duties you were performing when your hours we

Page 108

[1] cut? I mean, in other words, was there something you

[2] weren't doing?

[3]  **A:** No, sir.

[4]  **Q:** Where were you working at that time?

[5]  **A:** Hum?

[6]  **Q:** Where were you working in the store at that

[7] time?

[8]  **A:** Service counter, paint department, lawn and

[9] garden, up front as a salesman. When they need me lik

[10] I usually fill in at lunchtime, fill in for the

[11] managers when they went to lunch. When the gentlema

[12] at the service counter went to lunch. Just the regular

[13] normal duties.

[14]  **Q:** Okay.

[15]  **A:** Other than the fact they didn't let me manage

[16] at night anymore.

[17]  **Q:** Okay. And had you ever requested that you be

[18] taken off of nights?

[19]  **A:** Yes, I did because I was only supposed to be

[20] temporary until they got someone to fill in but it

[21] turned out to be not one year, not two years, not three

[22] years, it just kept going on and on.

[23]  **Q:** When did you make the request to be taken off

[24] of nights?

[25]  **A:** When they started having me work more than

---

**Page 125**

[1] **A:** No, sir.

[2] **Q:** Okay. You're not aware of there being any lditional fixtures installed in the basement after

[4] that review with Mr. Mark?

[5] **A:** There were none, at the time that I was

[6] terminated there was none then. Anything could happen

[7] now.

[8] **Q:** And that's what I meant. To make the

[9] question fair, you're not aware of any fixtures being

[10] added between the time of the review and the time you

[11] were terminated?

[12] **A:** Right.

[13] **Q:** Who was Mr. Mark reporting back to you? Do

[14] you know if he was reporting back to Rehab Services for

[15] the Blind after this review, if you know?

[16] **A:** I was told he was supposed to go to Detroit

[17] and do his analysis and send it to Rehab Services for

[18] the Blind. And then they were supposed to -- well, all

[19] I know is Rehab Services for the Blind was supposed to

[20] send them, I don't know who from that section but one

[21] of them was supposed to send the report to one of the

[22] Brannekies.

[23] **Q:** Do you know if the report was ever sent to

[24] any of the Brannekies?

[25] **A:** I personally don't know. They keep things

---

**Page 126**

[1] hid from me.

[2] **Q:** Well, I'm asking you if you know.

[3] **A:** No.

[4] **MR. JIMERSON:** I want you to answer the

[5] question he asks and wait for the next questions so we

[6] can keep those kinds of comments off the record.

[7] **Q:** Did you ever, did anybody ever talk to you

[8] about a report that had been prepared by Mr. Mark,

[9] anybody at Rehab Services for the Blind or anywhere

[10] else?

[11] **A:** Judy Burch who's my, I can't remember what

[12] they call her, she gave me a report.

[13] **Q:** Okay. Did she read it to you or how did you

[14] find out about it?

[15] **A:** One of her -- somebody read it. She's

[16] blind.

[17] **Q:** All right. And what was discussed in that

[18] report that you recall?

[19] **A:** About the lighting, about the amount of

[20] filament tape down on the basement floors and the

[21] congestion being eliminated. About the lighting on the

.rvice counter -- not service counter, the, my

[23] counter, my paint desk. And whatever they could do to

[24] lighten up the display around the service counter to

[25] make it possible for me to see it.

---

**Page 127**

[1] **Q:** What was that about, the display around the

[2] service counter?

[3] **A:** We have a display of hardware items there and

[4] we have a case that they made with screws and bolts and

[5] nuts and all kind of parts but they had put, all of it

[6] was on a dark background with plexy glass and you

[7] couldn't see in it.

[8] **Q:** If you lifted up the plexy glass could you

[9] then see it in?

[10] **A:** I'm sorry?

[11] **Q:** I understand there would have been a

[12] reflection with the plexy glass but if you lifted it up

[13] could you then see the parts and things that are in the

[14] cabinet?

[15] **A:** Yeah. I would say so.

[16] **Q:** Okay. Now, was there also some discussion,

[17] did anybody ever discuss with you the CTV monitor after

[18] the report was issued?

[19] **A:** Not from my job, no.

[20] **Q:** Okay. Tell me what you mean.

[21] **A:** The only one that discussed the CTV monitor

[22] was Rehab Services for the Blind to get it for me for

[23] my job.

[24] **Q:** Okay. Maybe I didn't make it clear. I just

[25] wondered did you have discussions then after this

---

**Page 128**

[1] evaluation took place in the store with Rehab

[2] Services for the Blind or anybody else about that TV

[3] monitor?

[4] **A:** Yes, sir.

[5] **Q:** Okay. Tell me about what you recall about

[6] those conversations.

[7] **A:** They had people coming to my house and

[8] showing me the different models and how they work and I

[9] had to choose a model and sign for them to get it for

[10] me. For Rehab Services for the Blind to get it for

[11] me.

[12] **Q:** And what was that monitor going to help you

[13] do, what was your understanding of that?

[14] **A:** It takes small letters and words and items

[15] and it blows it up on a screen for, makes it able for

[16] me to see.

[17] **Q:** And where did you envision that monitor was

[18] going to be installed?

[19] **A:** On my desk.

[20] **Q:** In the paint area?

[21] **A:** In the paint area.

[22] **Q:** And what were you going to use it for in the

[23] paint area?

[24] **A:** For reading and to help me with the paint

[25] formulas and whatnot.

---

Page 129

[1] **Q:** Okay. Anything else that it would be used

[2] for in the paint area?

[3] **A:** Anything else that I could use it for, yes.

[4] **Q:** What else would you have used it for?

[5] **A:** It would just blow things up, small things up

[6] big enough for me to look at.

[7] **Q:** So could you read better?

[8] **A:** Yeah, I could read better.

[9] **Q:** Okay. Would it have helped you perform your

[10] functions at the service counter like cutting glass or

[11] cutting and threading pipe or cutting keys?

[12] **A:** No, sir, only at the paint desk.

[13] **Q:** Okay. All right. Now, you told me you

[14] were terminated by the Brannekies on November 21,

[15] 2001, right?

[16] **A:** Yes, sir.

[17] **Q:** And who terminated you?

[18] **A:** Jack Branneky.

[19] **Q:** And tell me how it came about that day.

[20] **A:** I came into work early, maybe like 45 minutes

[21] or 30 minutes early, and I sat back in the lunchroom

[22] and was eating lunch and Jack Branneky came back to the

[23] lunchroom and I said I want to see you up in the

[24] office.

[25] **Q:** Okay.

Page 130

[1] **A:** And I went up in the office and Tim Branneky

[2] was coming out and I asked him what's, where is Jack,

[3] what does he want? And he said I don't know nothing

[4] about it, he said he wants to see you up there in the

[5] office and he walked on out to the floor. And I came

[6] in the office and he asked me to shut the door.

[7] **Q:** Okay.

[8] **A:** And he started telling me that, he said

[9] sometime ago we talked about you starting to look to

[10] find another place to work and basically we don't think

[11] it's, that you can work here, we don't feel like you

[12] could be safe here. And we've had other talks and feel

[13] like he can't work with me because I wouldn't discuss

[14] anything about the case with him and he said working

[15] with people when you ask them questions you give them

[16] answers and, and he terminated me.

[17] **Q:** And did you have your recorder with you that

[18] day?

[19] **A:** I sure did.

[20] **Q:** And did you record the conversation with Jack

[21] Branneky?

[22] **A:** I did.

[23] **Q:** And did you let him know that you were

[24] recording him that day?

[25] **A:** No, sir.

Page 131

[1] **Q:** Okay. When did you turn the recorder on that

[2] day?

[3] **A:** Before I walked in there.

[4] **Q:** And where was the recorder at?

[5] **A:** In my pocket.

[6] **Q:** In your shirt pocket or pants pocket?

[7] **A:** Shirt pocket.

[8] **Q:** And did you record the entire conversation?

[9] **A:** Yes, I did.

[10] **Q:** What did you do with the tape afterwards?

[11] **A:** Made copies.

[12] **Q:** And who did you make copies for?

[13] **A:** I gave it to my lawyer.

[14] **Q:** Okay. And that's your workers' comp lawyer

[15] that you gave it to?

[16] **A:** Yes, sir.

[17] **Q:** Okay.

[18] **A:** And my lawyer here.

[19] **Q:** All right. Have you made any other tapes in

[20] connection with this case?

[21] **A:** No, sir.

[22] **Q:** Well --

[23] **A:** Other than just a tape telling my lawyer

[24] about my duties and everything on the job.

[25] **Q:** I'm going to play a couple of these to have

Page 132

[1] you identify your voice and you can listen to as much

[2] as you need to.

[3] **MR. JIMERSON:** Before you start can I tell

[4] them something in there?

[5] **MR. GRAHAM:** Sure. Go ahead.

[6] (Short Recess)

[7] **Q:** Mr. Taylor, what's been produced to me in

[8] this litigation are three tapes that we had copied.

[9] The first one I put in the tape player is labeled

[10] Taylor versus Branneky, Volume 1. I'm going to play

[11] as much of this you need to hear and then I'm going to

[12] ask you if you can identify what it is for me. So when

[13] you're ready if you'll just signal to me and I'll turn

[14] off the tape player and we can do that.

[15] (Off The Record)

[16] **A:** Okay. That's it.

[17] **Q:** Sir, do you recognize the voice on that tape?

[18] **A:** That is my voice.

[19] **Q:** And what is, what is contained on that tape

[20] that we just listened to a few moments of?

[21] **A:** I'm not sure because I haven't heard the rest

[22] of it. I heard enough of it to identify it was me.

[23] **Q:** We can listen to as much of it as you need

[24] to.

[25] **MR. JIMERSON:** Is that the tape to me?

## Page 169

[1]   **Q:**   Now, the next name is David Versman,
[2] V-e-r-s-m-a-n.  And your answer indicates his knowledge
[3] of the way Plaintiff was treated because of his
[4] disability at the service counter and was a witness to
[5] the statement "he's blind, he doesn't know what he's
[6] doing."
[7]   **A:**   He was right there when I was working at the
[8] service counter when Jack said those things.  And he
[9] and I worked the service counter together and he should
[10] have knowledge and know about things that went on or
[11] happened to me.
[12]   **Q:**   Is he still employed there, do you know?
[13]   **A:**   I don't know.
[14]   **Q:**   When is the last time you talked with Mr.
[15] Versman?
[16]   **A:**   I haven't talked to Versman, Mr. Versman
[17] since I left.
[18]   **Q:**   And then the last category of people here is
[19] a cashier and a saleslady, names unknown.  Also have
[20] knowledge of the way that Plaintiff was treated due to
[21] his disability.
[22]   **A:**   Loretta is the saleslady lady.  She has
[23] knowledge of the way they were treating me because
[24] she's discussed it with me before.
[25]   **Q:**   Okay.

## Page 170

[1]   **A:**   And the cashier, her name is on the tip of my
[2] tongue, but I can't, I can't remember.
[3]   **Q:**   What does the cashier have knowledge of?
[4]   **A:**   There was one cashier that was up front when
[5] she snatched that stuff out of my hand.  And there was
[6] also another cashier who was helping me to clock in and
[7] out with my time card.
[8]   **Q:**   Who was that?
[9]   **A:**   I can't remember her name.
[10]   **Q:**   Okay.
[11]   **A:**   If I had a list of those names before me I
[12] could tell you right then who it was.
[13]   **Q:**   Was there a, was there ever any issue with
[14] your time cards?
[15]   **A:**   Yes.
[16]   **Q:**   What was that about?
[17]   **A:**   Because I wasn't able to read the ink on the
[18] time card I was taught how to fold my time card a
[19] certain way at the top so it would be easy for me just
[20] to find my time card instead of wasting time trying to
[21] figure out where my time card is and have people look
[22] at it and read it and tell me if that was my card or
[23] not.  I had a certain way that I was doing it and
[24] somebody at Branneky's caught on to it and they folded
[25] somebody else's time card up and put it in place and I

## Page 171

[1] ended up clocking in their card instead of clocking in
[2] mine and then Tim Branneky called me on it in the
[3] office and said something about it.
[4]   **Q:**   When did that happen?
[5]   **A:**   That happened right before I got fired, too.
[6]   **Q:**   Who folded the other time card?
[7]   **A:**   I don't have have the slightest idea.
[8]   **Q:**   How do you know that it was folded that way?
[9]   **A:**   Because it was folded exactly the same way
[10] that my card was folded.
[11]   **Q:**   Whose time card was it?
[12]   **A:**   I do not know.  There was a policy that if
[13] your time card is not right you have to bring it before
[14] Tim Branneky to get it straightened out otherwise you
[15] will not get paid.
[16]   **Q:**   Okay.
[17]   **A:**   So after somebody told me that wasn't my time
[18] card I went to him and told him what was going on and
[19] he said, uh-huh, yeah, un-huh, yeah.
[20]   **Q:**   Who told you that it wasn't your time card?
[21]   **A:**   One of the other employees there.
[22]   **Q:**   Do you remember who it was?
[23]   **A:**   No, I don't recall who it was.  This happened
[24] at night when we were getting ready to leave and walk
[25] out the door.  I was walking out the door to go home.

## Page 172

[1]   **Q:**   Did you get that issue straightened out, I
[2] mean you didn't lose any pay?
[3]   **A:**   Yeah, it was straightened out.
[4]   **Q:**   Okay.  Have we talked about all of your
[5] conversations with Tim Branneky about your disability
[6] and your work at Branneky's?
[7]   **A:**   It's possible, but then again there could be
[8] more.
[9]   **Q:**   After you fell over the garden cart did you
[10] ever tell, did you tell Tim Branneky that you needed to
[11] go see a doctor?
[12]   **A:**   He asked me if I felt like I needed to go see
[13] a doctor.
[14]   **Q:**   And what did you say?
[15]   **A:**   I said, well, I don't know, I kind of feel a
[16] little shooken up but I don't, I don't know if anything
[17] is broken or anything.  But he didn't offer to send me
[18] either.
[19]   **Q:**   He asked if you thought you needed to go,
[20] right?
[21]   **A:**   Yes.
[22]   **Q:**   After Rehab Services for the Blind did their
[23] evaluation that you told me about that Jeff Branneky
[24] participated in did you ever have any conversations
[25] with Jeff about any of that that we haven't already