Job Accommodations, Inc.
1224 Alderly Rd.
Indianapolis, IN  46260
(317) 582-0800
(314) 966-6500


REHABILITATION ENGINEERING REPORT

Dates of Service: 7/27/01 - 9/27/01

CLIENT:  Broderick Taylor              RSB COUNSELOR:  Susan Fuller

Reason for Referral:

This referral was made for assisting Broderick with the determination of accommodations for his work.

7/27/01 - 7/31/01 - 5.5 Hour(s)

Broderick has low vision from RP. He has vision in both eyes. Most of his vision is located toward the center of his field. He has better vision in his left eye. He can read print with both eyes. He had a low vision evaluation about 2 months ago. The doctor provided a lighted magnifier, and a magnifier bar which is about 9 inches wide. He also has photo sensitive glasses. He has to use a black marker for writing messages for himself. He has been using it for writing orders at work. He sometimes wears a brace when his knee is a problem. Otherwise, he has full use of his hands, arms, and legs.

Broderick has worked for the Branneky hardware store for about 17 years. He is currently a salesman and night manager for the store. He works about 33 hours a week. He has the following job tasks:

1. He manages the paint department. He mixes paint. He makes sure the shelves are stocked, and he orders merchandise.

2. He works at the service counter, although he does not work there as much due to his lack of vision. Per his discussions with his supervisors, he thought he was supposed to be working there even less. He can not read the pricing book in this area for getting information like the cost for cutting a piece of pipe. The information on the page is not dark enough. He can not read the prices on the drawers containing hardware fittings. The pricing gun ink used for marking items is not dark enough for him to read the print. There is a machine which is used for processing hunting and fishing licenses. He

PLAINTIFF'S
EXHIBIT
2

RSB 00073

Broderick Taylor                                                           2

can not read the display on this device.

3. The lighting is poor where employees cut screen and glass, which makes it very difficult for him to do this work. He said other employees leave waste pieces in the aisles in this area which makes it difficult to navigate.

4. Aisle 4 has a scale for weighing nuts and bolts, but he can not read the gauge.

5. One hardware display has a plexiglass cover. He can not see the items under the glass since the glare makes it difficult for him to see.

6. Merchandise is attached to and placed onto gondolas. He said many of the lights attached to the ceiling are not positioned over the aisle, but are above the gondolas, and the merchandise on the shelves blocks the light. He said sometimes it seems darker in some areas on some days then on other days, and he thinks it might be due to the merchandise which is blocking the lights.

7. He has to stock and retrieve merchandise from a storage area located in the basement. The store does not have a dumb waiter or an elevator. He traverses a flight of steps to get to this area. He said the aisles are dark in the store room. He most often stocks and retrieves paint and chalk from storage. He goes into storage 2 to 3 times a day. The light does not operate where he needs to get chalk. He said sometimes merchandise is left in the aisles, and it is difficult for him to navigate. He sometimes uses a flashlight in this area.

8. He has difficulty reading some order forms. He has been making the paint department forms darker by making copies of them.

9. He has difficulty reading a tape measure.

10. He sometimes has to go outside for helping a customer. He said the curbs by the sidewalks along with concrete steps look like 1 flat level. He said he is familiar with the steps, so he knows where they are, and he said he can navigate them.

11. He bends his time card and he puts a black mark on it so he can locate it more easily amongst the other employees cards.

Broderick said he has asked management to relieve him from working in the service counter area. He would like to work more in the paint department along with doing sales. Sales

RSB 00074

Broderick Taylor                                                                3

includes informing customers about the utility of merchandise, and where it is located. Broderick was not able to read a reading rate test administered by this technical specialist.

8/28/01 - 2 Hour(s)

This technical specialist and Jack Fueglein met with Broderick and Jeff Branneky at the hardware store. The following is a summary of the observations made while at the store:

1. Merchandise on the gondolas is sometimes stacked within a few inches of the ceiling. This along with protruding shelves blocks many of the lights, some of which are positioned directly above the gondolas. In addition, some of the lights are inoperative. For example, only 1 of 3 lights over the paint sample display is working, and several locations had whole ceiling fixtures which were turned off. Aisle 3 had good lighting which was centered above the aisle.

2. The plexiglass displays reflected the light, which made it difficult to see inside. The hardware is on a dark background, which makes it difficult to discern the information about the items.

3. The hardware scale is mechanical and has a hairline dial. It is under a shelf, which creates a shadow, and makes it difficult to see.

4. Some of the aisles were crowded with merchandise which would not fit on the shelves.

5. The lighting above the spring boards is low.

6. Broderick uses his lighted magnifier for reading labels on the nuts and bolts drawers.

7. Broderick uses his bar magnifier for reading paint formulas.

8. The Hunting and fishing license machine has a 5" by 5" lcd display. Broderick is not able to discern information on the screen.

9. The lighting in the storage area was low. It appeared some items, which were overstocked, were placed in some of the aisles.

Broderick estimated he spends about 50% to 65% of his time working in the paint department. He said he can do all the tasks he needs to do in this department, except for mixing

RSB 00075

Broderick Taylor                                                            4

colors which need to match a sample the customer brings to the store. The paint department does not have a paint matching analysis machine, for automating this task. He uses the lighted magnifier for setting a gauge on the paint mixer. He said about 10% of his time is spent outside the store assisting customers. The rest of his time is split between working in around other areas of the store, and retrieving items from storage.

9/4/01 - 2 Hour(s)

Task lights were inspected, which Broderick could use as he works in the store.

9/24/01 - 9/27/01 - 8.5 Hour(s)

                              RECOMMENDATIONS

1. General store Lighting:

Replace the burned out light bulbs. Some light units were not illuminated at all. These lights may need to be repaired, or they may just need to be switched on. Moving overhead lights to the center of the aisles would help Broderick, and it would also improve the lighting conditions for customers.

2. Replace the mechanical scale with an electronic scale having an LED display. Broderick would need to view sample machines to ensure he was able to read it.

3. Put the items behind the plexiglass on a white background. Hinging the plexiglass covers would also help Broderick to view the items inside.

4. The hunting and license machine is a dedicated computing device. It is recommended Broderick get the assistance of another employee in the store when he needs to process a license for a customer.

5. A task light is recommended for Broderick's use. It is attached to a head band, and is worn around the head. It provides hands free access, and will point the light into shadows and other areas which are difficult to light. He could also use it for reading measurements when he cuts glass. The 1 listed below is available in many hardware stores. It has a krypton light, which is very bright. It runs on a re-chargeable battery, which has a 15 hour life.

Rayovac Industrial SKU# IHLT4D

RSB 00076

Broderick Taylor                                                        5

6. A goose neck lamp is recommended for his desk in the paint department.

7. It is advised that Broderick have demonstrations of CCTV technology, including desktop and portable models. A CCTV would help him read paper work.

8. Broderick would be able to improve his help for customers in the paint department if the store had a machine which would automatically match the paint samples people brought into the store. It may also help to improve customer satisfaction in general.

9. Basement storage room:

A. Broderick accesses 2 aisles most often in the storage room. One of the aisles contains products like roofing cement, liquid nail, foam insulation, and chalk. It is advised the lighting for this aisle be improved. Another aisle containing the gallons of paint, and spray paints has many obstructions including trash cans, a water heater, repaired screens and doors, and rolled insulation. Broderick said he spends a lot of time clearing this aisle to get to the products he needs to access. It would help him if it were kept clear.

B. It is recommended 2 lines of high contrast color tape be placed on the floor to mark a path of travel for the 2 aisles in the Storage room. Consideration should be given to the placement of the tape, so that items can be accessed on the shelves. Employees should be notified that no merchandise should be placed between the tape. This will help to ensure a clear pathway and access to the products, when Broderick walks in this area.

C. It is advised high contrast color tape be placed on the edges of the storage room steps to help him distinguish the steps going to and from this area. High contrast color tape is available from safety equipment catalogs.

10. It is recommended that Broderick use a cane for navigating around the store, and outside the store. It is recommended that someone be assigned to check aisles and the area outside the store a few times a day to ensure merchandise, carts, and other items are not left in aisles and other passageways.

*Gregory P. Mark*                                              RSB 00077

1